443 F.2d 25
 Mabel D. GARDNER, Plaintiff-Appellant,
v.
J.M. and Mary CRAIN, Defendants-Appellees.
No. 30487 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409.
 United States Court of Appeals, Fifth Circuit.
 May 19, 1971, Rehearing Denied June 10, 1971.
 
 Mabel D. Gardner, pro se.
 Homer A. Houchins, Jr., Smith, Cohen, Ringel, Kohler, Martin & Lowe, Atlanta, Ga., for defendants-appellees.
 Appeal from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., District Judge.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966